# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED

05 MAY 11 PM 4:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **FRED DELANEY,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | |
| **DAVID MILLS,** | **CASE NO: 04-3004 Ml/V** |
| Respondent. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Leave to Proceed In Forma Pauperis, Order Correcting the Docket, Order of Dismissal, Order Denying Certificate of Appealability and Order Certifying Appeal Not Taken in Good Faith, entered May 11, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 11, 2005
DATE

ROBERT R. DI TROLIO
Clerk of Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

Earline Grayer
(By) Deputy Clerk

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-03004 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Fred Delaney
WEST TENNESSEE STATE PENITENTIARY
135149
P.O. Box 1150
Henning, TN 38041--115

Honorable Jon McCalla
US DISTRICT COURT